UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: SEARCH WARRANT | SW No. 23-SW-086-LDA |
| | Filed Under Seal |

## MOTION TO SEAL

The United States of America, by and through its attorneys, Zachary A. Cunha, United States Attorney, and John P. McAdams, Assistant United States Attorney, moves that this Motion to Seal and the attached Application for Search Warrant, Search Warrant, Supporting Affidavit, and attachments, be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

*[signature]*

John P. McAdams
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  John.P.McAdams2@usdoj.gov

SO ORDERED:

_____
LINCOLN D. ALMOND
U.S. MAGISTRATE COURT JUDGE
DATE: _____